THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY LAMONS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>　　　　Defendant. | NO. 2:22-cv-01597-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND COMPLAINT RESPONSE DEADLINE** |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Complaint Response Deadline. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Defendant's deadline to answer, move, or otherwise plead in response to Plaintiff's Class Action Complaint is extended until the greater of either January 19, 2023, or, if the pending Motion to Consolidate is granted, thirty (30) days after the filing of a Consolidated Amended Complaint.

　　DATED this 5th day of December, 2022.

　　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　THE HONORABLE ROBERT S. LASNIK

Presented by,

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Phone: (206) 332-1380
E-mail: jmorrison@bakerlaw.com

Bethany G. Lukitsch (*pro hac vice* forthcoming)
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Phone: (310) 820-8800
Email: blukitsch@bakerlaw.com

*Attorneys for Defendant*

*/s/ Jason T. Dennett*
Kim Stephens, P.S., WSBA #11984
Jason T. Dennett, WSBA #30686
Cecily C. Jordan, WSBA #50061
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Phone: (206) 682-5600
Email: kstephens@tousley.com
Email: jdennett@tousley.com
Email: cjordan@tousley.com

Mark S. Reich (*pro hac vice* forthcoming)
Courtney E. Maccarone (*pro hac vice* forthcoming)
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED
MOTION TO EXTEND COMPLAINT
RESPONSE DEADLINE - 2 (Case No.
2:22-CV-01597-RSL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380